IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNATHAN EUGENE COOPER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) |
| | )   No. 3:13-cv-1947-K |
| WILLIAM STEPHENS, Director | ) |
| Texas Department of Criminal Justice, | ) |
| Correctional Institutions Division, | ) |
| | ) |
| Respondent. | ) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED October 3rd, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE